UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 10-412 (SRC) |
| OWEN PALMER | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (David L. Foster Assistants U.S. Attorney, appearing), and defendant Owen Palmer (John Whipple, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for reasons set forth at the status conference before U.S. District Judge Stanley R. Chelser on February 8, 2012 and for the following reasons:

(1) the facts of this case merit additional investigation and discussion between both parties in order to determine the best way to proceed.

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 8 day of February, 2012,

ORDERED that this action be, and hereby is, continued until March 19, 2012; and it is further

ORDERED that the period from the date of this order through March 19, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. Stanley R. Chesler
United States District Judge